UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DAVID JOHNSON, INDIVIDUALLY AND AS                                    PLAINTIFFS
ADMINISTRATOR OF THE ESTATE OF ANITA JOHNSON;
AND ON BEHALF OF THE WRONGFUL DEATH
BENEFICIARIES OF ANITA JOHNSON (DECEASED)

V.                                        CIVIL ACTION NO. 3:21-CV-532-KHJ-MTP

DR. FIDEL SENDRA; JACKSON HMA, LLC
D/B/A MERIT HEALTH CENTRAL;
and JOHN AND JANE DOES 1-10                                           DEFENDANTS

ORDER

Before the Court is Defendant Jackson HMA, LLC's Motion for Extension of Time to File Response/Reply [8] as to the Motion to Remand to State Court and to Conduct Remand-Related Discovery [3]. Defendant Jackson HMA, LLC filed the motion on September 10, 2021. Plaintiffs have not responded and the time to do so has passed. The Local Rules allow the Court to grant a motion as unopposed if a party does not respond. *See* L.U.C.R. 7(b)(3)(E) ("If a party fails to respond to any motion, other than a dispositive motion, within the time allotted, the [C]ourt may grant the motion as unopposed."). The Court therefore grants the motion as unopposed.

Defendant Jackson HMA, LLC may conduct remand-related discovery limited to document requests and the deposition of Mac West. *See* Proposed Remand Discovery [8-3]. The Court will allow 60 days, until December 20, 2021, to complete

the discovery. Jackson HMA, LLC's Response to the Motion to Remand to State Court [3] is due no later than January 11, 2022.

SO ORDERED AND ADJUDGED this the 20th day of October, 2021.

s/ *Kristi H. Johnson*<br>UNITED STATES DISTRICT